**Joe S. WESLEY, Appellant,**

v.

**CROTHALL SERVICES GROUP, Appellee.**

No. 11–1368.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 5, 2011.

Filed: Oct. 11, 2011.

Joe S. Wesley, argued, Little Rock, AR, pro se.

Eva C. Madison, Robert Scott Summers, argued, Littler & Mendelson, Fayetteville, AR, for Appellee.

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Joe S. Wesley appeals following the district court's[1] adverse grant of summary

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

judgment in his employment-discrimination action, and the subsequent denial of his motion for reconsideration. Initially, we note that Wesley's notice of appeal is timely only as to the order denying reconsideration, *see Huggins v. FedEx Ground Package Sys., Inc.,* 566 F.3d 771, 773 (8th Cir.2009) (court is obligated to consider jurisdiction sua sponte when there is indication that it is lacking), because his motion was filed twenty-nine days after the entry of judgment, and thus did not toll the time to appeal the underlying grant of summary judgment, *see* Fed. R.App. P. 4(a)(4). Finding no abuse of discretion in the denial of reconsideration under Federal Rule of Civil Procedure 60(b), *see Arnold v. Wood,* 238 F.3d 992, 998 (8th Cir. 2001) (Rule 60(b) movant must demonstrate exceptional circumstances justifying such relief), we affirm the district court. We also deny Wesley's motion for remand.